UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

ULYSSES LOPEZ,

              Defendant.

------------------------------------------------------x

**ORDER**

18 Cr. 736-01 (NSR)

**ROMÁN, D.J.:**

The attorney \_\_\_\_Anthony Mattesi\_\_\_\_ privately retained to represent defendant is hereby ordered
                  Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to

_____James DeVita_____, CJA counsel.
    Attorney's Name

**SO ORDERED.**

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
         December 4, 2019



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019