**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DeVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:  jdevita@jamesrdevitalaw.com

July 20, 2020

BY ECF

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

Re:  *United States v. Ulysses Lopez, et al.*,
Case No. 18 Cr. 736 (NSR)

Dear Judge Roman:

I represent defendant Ulysses Lopez in the above referenced matter. I am writing to request that the pretrial conference scheduled for this Thursday, July 23, 2020 at 10 am, be adjourned to early September. Attorneys for both remaining defendants, my client Ulysses Lopez and his father, Valentino, are engaged in plea discussions with the government. It is unlikely that those discussions can be completed before the conference, but if they are successful, they may obviate the need for the conference. I have discussed this request with Frank O'Reilly, Valentino's attorney, and he joins it. I have also discussed it with Assistant United States Attorney David Felton, and the government has no objection. Both defendants consent to any necessary exclusion under the Speedy Trial Act.

Respectfully submitted,

s/ *James R. DeVita*

James R. DeVita

cc:  Assistant United States Attorney David Felton (by ECF)
Francis Lee O'Reilly, Esq. (by ECF)

---

Defts' request for an adjournment of the Status Conf. from July 23, 2020 until Sept. 16, 2020 at 1:00 pm is granted. Clerk of the Court requested to terminate the motion (doc. 128).

Dated: July 21, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2020