```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    8/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ULYSSES LOPEZ,

                      Defendant.

No. 18-CR-736-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    Based on a review of the docket, which reveals that the instant criminal action was commenced approximately two years ago, the defendant is charged with a felony, a trial is currently scheduled for October 2020, and the defendant wishes to change his plea pursuant to a negotiated plea agreement, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Ulysses Lopez can and should be permitted to plead guilty and that the plea hearing be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

    Accordingly, it is hereby ORDERED that the change of plea hearing for Defendant Ulysses Lopez be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 138.

Dated:   August 13, 2020
             White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge