UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

ULYSSES LOPEZ

                                     Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

18 -CR- 736 (NSR)

Defendant __Ulysses Lopez__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)  *(Guilty Plea)*

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

__Ulysses Lopez__ (/s/)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Ulysses Lopez__
Print Defendant's Name

__/s/ James R. DeVita__
Defendant's Counsel's Signature

__/s/ James R. DeVita__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/27/2020
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge

