**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DEVITA, PLLC
**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
E-Mail:  jdevita@jamesrdevitalaw.com

November 12, 2020

**BY ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

Re:   *United States v. Ulysses Lopez, et al.,*
Case No. 18 Cr. 736 (NSR)  -01

Defendant's request to adjourn the Sentencing from Dec. 4, 2020 until Dec. 18, 2020 at 2:00 pm is granted without objection from the Government. Clerk of Court requested to terminate the motion (doc. 149).
Dated: Nov. 19, 2020

**SO ORDERED:**

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

      I am counsel assigned under the Criminal Justice Act to represent defendant Ulysses Lopez in the above referenced case. I write to <u>request a brief adjournment of his sentencing, which is currently scheduled for December 4, 2020</u>. I will be out of state for the Thanksgiving Holiday and will not have sufficient time to quarantine by December 4. I <u>request that the sentencing be adjourned to Friday, December 18, 2020 at 2 pm</u>, which I understand is a date and time available to the Court. <u>I have discussed this request with Assistant United States Attorney Felton, and the government has no objection</u>.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   Assistant United States Attorney David Felton (by ECF)
      Assistant United States Attorney Emily Deininger (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2020__