```
UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
```

USA

        - against -

ULYSSES LOPEZ,

                     Defendant.

18 Cr. 736-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

```
-------------------------------------------------------X
```

NELSON S. ROMÁN, U.S.D.J.:

       The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated August 27, 2020, is approved and accepted.

                                          SO ORDERED.

                                          _____
                                          Nelson S. Román
                                          United States District Judge

Dated:  White Plains, NY
           November 19, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-2020
```