**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DeVITA, PLLC
**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
(914) 328-5000
FAX (914) 946-5906
E-Mail:   jdevita@jamesrdevitalaw.com

December 1, 2020

BY ECF

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

Re:   *United States v. Ulysses Lopez, et al.,*
Case No. 18 Cr. 736 (NSR) -01

Dear Judge Roman:

I am counsel assigned under the Criminal Justice Act to represent defendant Ulysses Lopez in the above referenced case. Your Honor previously adjourned the sentencing in this case to Friday, December 18, 2020 at 2 pm. In light of Chief Judge McMahon's order of today's date suspending in person proceedings in the courthouses in this District until at least January 15, 2021, I respectfully request that Mr. Lopez's sentencing be adjourned to a date on or after January 15, 2021. I have discussed this request with Assistant United States Attorney Felton, and the government consents.

Respectfully submitted,

s/ James R. DeVita

James R. DeVita

cc:   Assistant United States Attorney David Felton (by ECF)
Assistant United States Attorney Emily Deininger (by ECF)

---

Deft's request to adjourn the Sentencing from Dec. 18, 2020 until Jan. 26, 2021 at 1:00 pm or, alternatively, Jan. 29, 2021 at 1:00 pm is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc. 154).
Dated: Dec. 2, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020