**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DEVITA, PLLC
**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
E-Mail:   jdevita@jamesrdevitalaw.com

February 12, 2021

**BY ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

> Deft's request to adjourn the in-person Sentencing from Feb. 25, 2021 or Feb. 26, 2021 until Apr. 28, 2021 at 1:00 pm or, alternatively, Apr. 29, 2021 at 2:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 165).
> Dated:  Feb. 12, 2021

Re:    *United States v. Ulysses Lopez, et al.,*
Case No. 18 Cr. 736 (NSR)

**SO ORDERED:**

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

    I am counsel assigned under the Criminal Justice Act to represent defendant Ulysses Lopez in the above referenced case.  Your Honor previously adjourned the sentencing of my client to Friday, February 26, 2021.  I understand that the Court is not in a position to conduct that sentencing in person on that date, and that, because my client is being held at the Orange County jail, the proceeding would have to be held telephonically.  I have discussed this with my client, and we respectfully request that his sentencing be adjourned until a date and time when the Court is able to conduct the proceeding in person.  I have discussed this request with Assistant United States Attorney Felton, and the government has no objection.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:    Assistant United States Attorney David Felton (by ECF)
       Assistant United States Attorney Emily Deininger (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021