**MEMO ENDORSED**

# LAW OFFICES OF JAMES R. DEVITA, PLLC
**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
E-Mail:   jdevita@jamesrdevitalaw.com

April 15, 2021

**BY ECF**

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St.
White Plains, New York 10601

> Re:   *United States v. Ulysses Lopez, et al.*,
> Case No. 18 Cr. 736 (NSR)-01

Dear Judge Roman:

I am counsel assigned under the Criminal Justice Act to represent defendant Ulysses Lopez in the above referenced case. Your Honor previously adjourned the sentencing of my client to Thursday, April 29, 2021. I understand that the Court is not in a position to conduct that sentencing in person on that date, and that, because my client is being held at the Orange County jail, the proceeding would have to be held telephonically. I have discussed this with my client, and we respectfully request that his sentencing be adjourned until a date and time when the Court is able to conduct the proceeding in person. I therefore request that the sentencing be adjourned to July 28, 2021 at 2 pm, or July 29, 2021 at 2 pm, whichever is convenient to the Court. I have discussed this request with Assistant United States Attorneys Felton and Deininger, and the government has no objection and either date is convenient for the government.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   Assistant United States Attorney David Felton (by ECF)
Assistant United States Attorney Emily Deininger (by ECF)

---

Deft's request to adjourn the Sentencing from Apr. 29, 2021 until July 28, 2021 at 2:00 pm or, alternatively, July 29, 2021 at 2:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 173). Dated: Apr. 16, 2021

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____